**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-6146**

———————————

DUSTIN WALKER,

              Plaintiff - Appellant,

     v.

GENE JOHNSON, Director of Virginia DOC; OFFICER BYRD;
OFFICER MACKLIN; TWO UNNAMED OFFICERS; GEORGE HINKLE, Chief
Warden, Greensville Correctional; UNNAMED MEDICAL STAFF AT
GREENSVILLE CORRECTIONAL,

              Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr.,
Senior District Judge. (2:09-cv-00434-HCM-TEM)

———————————

Submitted: May 19, 2011            Decided: May 24, 2011

———————————

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit
Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Dustin Walker, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dustin Walker appeals the district court's order denying his motion to reinstate his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Walker v. Johnson, No. 2:09-cv-00434-HCM-TEM (E.D. Va. Jan. 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED